1

2

3

4

5    IN THE UNITED STATES DISTRICT COURT

6    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8 THOMAS D. BRALEY,   )  1:07-cv-01423-OWW-GSA-PC
             )
9         )  ORDER TO SUBMIT NEW APPLICATION TO
    Plaintiff,   )  PROCEED IN FORMA PAUPERIS AND
10        )  CERTIFIED COPY OF PRISON TRUST ACCOUNT
  vs.     )  STATEMENT FOR TIME PERIOD BETWEEN
11        )  MAY 31, 2007 AND SEPTEMBER 28, 2007, **OR**
 WASCO STATE PRISON, et al., )  PAY FILING FEE
12        )
         )  ORDER FOR CLERK TO SEND PLAINTIFF
13        )  APPLICATION TO PROCEED IN FORM
    Defendants.  )  PAUPERIS
14        )
         )  THIRTY DAY DEADLINE
15 _____)

16     Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

17 U.S.C. § 1983.  On October 22, 2007, the court ordered plaintiff to submit a certified copy of his prison

18 trust account statement for the 6-month period immediately preceding the filing of his complaint, in

19 support of his application to proceed in forma pauperis, within thirty days of the date of service of the

20 order.  The thirty day time period has passed, and plaintiff has not submitted the required document.

21 Instead, on October 31, 2007, plaintiff filed objections to the court's order, arguing that he has already

22 submitted all the documentation required under 28 U.S.C. § 1915(a)(2).

23     Under section 1915(a)(2) of Title 28 of the United States Code, a prisoner who wishes to proceed

24 in forma pauperis in a civil action must submit:

25     "a [completed application to proceed in forma pauperis] and a certified
      copy of the trust fund account statement (or institutional equivalent) for
26     the prisoner for the 6-month period immediately preceding the filing of
      the complaint..., obtained from the appropriate official of each prison at
27     which the prison is or was confined."  28 U.S.C. § 1915(a)(2).

28              1

Plaintiff filed the complaint that commenced this action on September 28, 2007. Along with the complaint, plaintiff submitted an application to proceed in forma pauperis and copies of prison trust account statements from the LASD Jail Management System, for the time period between **January 15, 2006 and February 8, 2007**, and from the California Department of Corrections for the time period between **June 26, 2007 and July 23, 2007**. Plaintiff's application to proceed in forma pauperis was incomplete; the application did not include the required signature by an official from the institution of incarceration. In addition, none of the copies of plaintiff's trust account statements were certified by the respective institutions.

Under 28 U.S.C. §1915(a)(2), because plaintiff filed this action on September 28, 2007, he is required to submit a certified copy of his prison trust account statement(s) "(or institutional equivalent)" for the time period between **March 28, 2007 and September 28, 2007**, which is the "6-month period immediately preceding the filing of the complaint." Plaintiff has not submitted a **certified** copy of his prison trust account statement for the **entire** 6-month period immediately preceding the filing of the complaint.

Plaintiff states that he entered Wasco State Prison on May 31, 2007. Because it appears to the court from plaintiff's documentation that he was not incarcerated between March 28, 2007 and May 31, 2007, plaintiff shall be required to submit a certified copy of his prison trust account statement for the time period between **May 31, 2007 and September 28, 2007**, which represents plaintiff's trust account activity during the 6 months before he filed the complaint.

Plaintiff is advised that it is ultimately his responsibility to follow procedures at the prison to insure that the court receives the required documentation in support of his application to proceed in forma pauperis. To facilitate obtaining the required signature and a certified copy of his trust account statement, plaintiff should show a copy of this order to a prison official.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.      The Clerk of Court shall send to plaintiff a form application to proceed in forma pauperis for a prisoner;

2.      Within thirty days of the date of service of this order, plaintiff shall either:

a.  Submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the time period between **May 31, 2007 and September 28, 2007**, or

b.  Pay the $350.00 filing fee for this action.

3.  Plaintiff is forewarned that failure to comply with this order will result in a recommendation that this action be dismissed.


IT IS SO ORDERED.

**Dated:    December 7, 2007**                    _____/s/ **Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE