IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY, | 1:07-cv-01423-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS (Doc. 16) |
| vs. | |
| WASCO STATE PRISON, et al., | ORDER DENYING MOTIONS FOR ACCESS TO THE LAW LIBRARY (Docs. 13, 15) |
| Defendants. | |

Thomas D. Braley ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 30, 2008, findings and recommendations were entered, recommending that plaintiff's motions for access to the law library be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. On June 12, 2008, plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 30, 2008, are adopted in full; and

2. Plaintiff's motions for access to the law library, filed on January 30, 2008 and March 24, 2008 are DENIED.

IT IS SO ORDERED.

**Dated:   July 23, 2008**                                     **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE

2