1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS D. BRALEY,                    1:07-cv-01423-OWW-GSA-PC

12            Plaintiff,                   ORDER DENYING REQUEST
                                           FOR CERTIFICATE OF APPEALABILITY
13        vs.
                                           (Doc. 21.)
14   WASCO STATE PRISON, et al.,

15            Defendants.

16   _____/

17            Plaintiff is a state prisoner proceeding pro se with this civil rights action

18   pursuant to 42 U.S.C. § 1983.  On August 17, 2009, Plaintiff filed a notice of appeal to the

19   Ninth Circuit Court of Appeals and a request for a certificate of appealability.  (Docs. 21, 22.)

20            The requirement for the issuance of a certificate of appealability on appeal arises under

21   28 U.S.C. § 2253, which provides:

22            (c)(1)  Unless a circuit justice or judge issues a certificate of
              appealability, an appeal may not be taken to the court of appeals
23            from --

24                    (A)  the final order in a habeas corpus proceeding
                      in which the detention complained of arises out of
25                    process issued by a State court; or

26                    (B)  the final order in a proceeding under section
                      2255.

27

28                                           1

28 U.S.C. § 2253.  Because § 2253 only applies to petitions for writ of habeas corpus, and plaintiff is proceeding with a civil rights action under 42 U.S.C. § 1983, plaintiff's request for a certificate of appealability shall be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a certificate of appealability, filed on August 17, 2009, is DENIED.


IT IS SO ORDERED.

**Dated:**   **August 18, 2009**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

2