# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY,<br><br>             Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>             Defendants. | CASE NO. 1:07-cv-01423-AWI-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPT OF HEARING<br><br>(ECF No. 70) |

Plaintiff Thomas D. Braley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2011, an order issued adopting the findings and recommendations recommending dismissing Plaintiff's motion for a court order, motion for an order to show cause, and motion for a preliminary injunction. (ECF No. 53.) Plaintiff filed a notice of appeal on July 18, 2011. (ECF No. 55.) On October 28, 2011, Plaintiff filed a motion for a transcript of the hearing on his motions.

In this action, there have been no court hearings to date. Therefore, no transcripts exist at this stage of the proceedings for the Court to produce in response to Plaintiff's motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for transcript of hearing, filed on October 28, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   **November 1, 2011**          **/s/ Barbara A. McAuliffe**
                                UNITED STATES MAGISTRATE JUDGE

1