UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY,<br><br>        Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>        Defendants. | CASE NO. 1:07-cv-01423-AWI-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A COURT ORDER<br><br>(ECF Nos. 93, 94 102) |

      Plaintiff Thomas D. Braley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 22, 2012, the Magistrate Judge filed findings and recommendations recommending denying Plaintiff's motion for a court order allowing library access and granting thirty days in which to file any objections. (ECF No. 94.) Plaintiff filed objections to findings and recommendations on July 13, 2012. (ECF No. 102.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed June 22, 2012, is adopted in full; and
2. Plaintiff's motion for a court order for library access, filed June 20, 2012, is DENIED.

IT IS SO ORDERED.

Dated: August 3, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE