UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS D. BRALEY, | ) | Case No.: 1:07-cv-01423-AWI-BAM PC |
| Plaintiff, | ) ) | ORDER ADRESSING PLAINTIFF'S REQUEST FOR COMPLETE DOCKET ENTRIES |
| v. | ) ) | (ECF No. 117) |
| WASCO STATE PRISON, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff Thomas D. Braley ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 26, 2013, Plaintiff filed the instant motion requesting a copy of the docket entries in this matter from September 28, 2007, through December 20, 2013. (ECF No. 117.)

Plaintiff does not explain the purpose or reason for his request. As such, his request shall be denied. If Plaintiff requires a copy of a particular document, he is informed that the Clerk's Office does not provide free copies of documents to parties. Rather, Plaintiff may obtain copies from the Clerk's Office at a charge of $.50 per page. To assist Plaintiff, the Court will direct the Clerk's Office to send Plaintiff a copy of the docket in this action. Plaintiff then may file a motion requesting any specific documents.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for complete copies of the docket entries is DENIED; and

2. The Clerk of the Court is directed to send a copy of the docket in this action to Plaintiff.

IT IS SO ORDERED.

Dated: **January 13, 2014**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2