UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY, | Case No.: 1:07-cv-01423-AWI-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR TIME SCHEDULE ORDER AS MOOT |
| v. | (ECF No. 126) |
| WASCO STATE PRISON, et al., | |
| Defendants. | |

Plaintiff Thomas D. Braley ("Plaintiff"), a state prisoner, proceeded pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently on appeal. On May 7, 2014, Plaintiff filed the instant motion requesting a time schedule order, appellant's informal brief and an extension of time in his appellate matter. (ECF No. 126.) Plaintiff's request shall be denied as moot.

As an initial matter, all motions concerning Plaintiff's appeal should be filed with the Ninth Circuit Court of Appeals. This Court does not issue briefing schedules or any other relief for appellate matters pending in the Ninth Circuit. Further, on May 13, 2014, the Ninth Circuit Court of Appeals issued an order indicating that Plaintiff's appeal would be permitted to proceed and that the Clerk for the Ninth Circuit would open a docket and would establish a briefing schedule for the appeal. (ECF No. 128.) As such, the Ninth Circuit Court of Appeals will be issuing a briefing schedule in this matter.

1     Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a briefing schedule, a copy of appellant's informal brief and an extension of time is DENIED as moot. All future motions concerning Plaintiff's appeal should be filed with the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **May 22, 2014**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE